# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence L. Gilgen,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Utah Billing & Recovery LLC,<br><br>　　　　　　Defendant. | No. CV-15-00401-PHX-ESW<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal of Prejudice (Doc. 13),

**IT IS ORDERED** granting the Stipulation (Doc. 13) and dismissing this action with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 19th day of May, 2015.

_____
Eileen S. Willett
United States Magistrate Judge